WILLIAM BATES III ET AL. *v*. HUGH WHITTLE

The defendant's motion to expunge the appendix to the plaintiffs' brief in the appeal from the Court of Common Pleas in New Haven County is denied.

*Francis J. Carling,* in support of the motion.

Submitted August 28—decided September 25, 1973

THE FIDELITY BANK, EXECUTOR (ESTATES OF THOMAS F. BRIGHT AND MARGARET B. BRIGHT) *v*. STATE OF CONNECTICUT ET AL.

The motion by Lewis J. Roberts to admit Arnold Cohen for the purpose of argument before this court in the appeal from the Superior Court in Hartford County is granted subject to the provisions of Practice Book 15A with respect to the signing of all pleadings, briefs and papers, and to the presence at all proceedings of a member of the bar of this state who shall assume full responsibility for the conduct of the appeal.

*Lewis J. Roberts,* in support of the motion.

Submitted September 4—decided September 25, 1973

STATE OF CONNECTICUT *v*. EDWARD YORCZYK

The defendant's petition for certification for appeal from the Appellate Division of the Circuit Court is granted.

*Richard E. Gruskin,* in support of the petition.

Submitted September 5—decided September 25, 1973